IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| DEBORAH OAKLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:20-cv-00081 |
| | ) DCLC-CHS |
| RED BANK OPERATIONS, LLC | ) |
| | ) |
| Defendant. | ) |

**JOINT MOTION TO CONSOLIDATE FOR DISCOVERY PURPOSES**

Pursuant to Federal Rule of Civil Procedure 42(a), through undersigned counsel, plaintiff Deborah Oakley ("Oakley") and defendant Red Bank Operations, LLC ("Red Bank Operations") jointly move to consolidate the action entitled *Renike Speed v. Red Bank Operations, LLC*, Case No. 1:19cv00233, United States District Court for the Eastern District of Tennessee ("Speed Case") with this action for discovery purposes. The parties seek consolidation of the Speed Case with this action for discovery purposes only at this time with the possibility of revisiting the question of consolidation for other purposes once the litigation of both cases has proceeded further. The parties move that this case remain with the Honorable Clifton Corker with the Speed Case being reassigned to this Court with Judge Corker presiding. The parties request the Court assign Judge Corker to preside over both actions due to the assignment of the Speed Case to Judge Jon P. McCalla, U.S. District Judge for the Western District of Tennessee, following the announced retirement of the Honorable Harry S. Mattice. The parties have contemporaneously filed a memorandum in support of this joint motion.

Respectfully submitted,

**R. SCOTT JACKSON, JR.**
**ATTORNEY AT LAW**

By: *s/R. Scott Jackson, Jr.* (with permission)
R. Scott Jackson, Jr., BPR No. 013839
4525 Harding Road, Suite 200
Nashville, TN 37205
(615) 313-8188
(615) 313-8702
rsjackson@rsjacksonlaw.com

*Counsel for Plaintiff*

**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, P.C.**

By: *s/Russell W. Gray*
Russell W. Gray, BPR No. 016120
J. Lane Crowder, BPR No. 027826
633 Chestnut Street, Suite 1900
Chattanooga, TN 37450
(423) 209-4218
rgray@bakerdonelson.com
lcrowder@bakerdonelson.com

*Counsel for Defendant*

2

Case 1:20-cv-00081-DCLC-CHS   Document 14   Filed 07/17/20   Page 2 of 2   PageID #: 44