UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | | |
|---|---|---|
| DEBORAH OAKLEY, | ) | |
| | ) | |
| Plaintiff, | ) | 1:20-CV-00081-DCLC |
| | ) | |
| vs. | ) | |
| | ) | |
| RED BANK OPERATIONS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The parties have filed a Joint Motion for Approval of FLSA Settlement [Doc. 17], pursuant to § 216(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). The Joint Motion asks the Court to approve, as fair and reasonable, the proposed settlement reached by the parties, as detailed in the motion.

The Court has reviewed the proposed settlement and finds that it is both fair and reasonable. It provides for full payment of Plaintiff's alleged overtime back pay; liquidated damages amounting to 45% of Plaintiff's alleged overtime back; and attorneys' fees and costs. *See* 29 U.S.C. § 216(b). *See Lynn's Food Stores, Inc., v. United States*, 679 F.2d 1350, 1353-54 (11th Cir. 1982) (district court may approve an FLSA settlement after determining that it is fair and reasonable); *Int'l Union, United Auto, Aerospace, and Agr. Implement Workers of Am. v. Gen. Motors Corp.*, 497 F.3d 615, 631 (6th Cir. 2007).

Therefore, the Court shall **GRANT** the parties' Joint Motion for Approval of FLSA Settlement [Doc. 17] and **DIRECTS** Defendant to pay Plaintiff and her counsel the amounts set forth in the Joint Motion. The Court further **ORDERS** the parties to file a stipulation of dismissal

with prejudice within 30 days after satisfaction of the terms of the settlement in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

SO ORDERED:

s/ Clifton L. Corker
United States District Judge