UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| DEBORAH OAKLEY, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1:20-cv-00081-DCLC-CHS |
| RED BANK OPERATIONS, LLC, | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate that all claims by Plaintiff against Defendant be and hereby are dismissed with prejudice.

Respectfully submitted,

/s/ R. Scott Jackson, Jr.
R. Scott Jackson, Jr. (TN 013839)
4525 Harding Road, Suite 200
Nashville, TN 37205
(615) 313-8188
(615) 313-8702 (facsimile)
rsjackson@rsjacksonlaw.com

John McCown (GA 486002)
Warren & Griffin, P.C.
300 West Emery Street, Suite 108
Dalton, GA 30720
(706) 529-4878
(706) 529-3890 (facsimile)
john.mccown@warrenandgriffin.com

Attorneys for Plaintiff

/s/Russell W. Gray
Russell W. Gray (TN 016120)
J. Lane Crowder (TN 027826)
Baker, Donelson, Bearman,
Caldwell & Berkowitz, P.C.
633 Chestnut Street, Suite 1900
Chattanooga, TN 37450
(423) 209-4218
rgray@bakerdonelson.com
lcrowder@bakerdonelson.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of January, 2021, a true and correct copy of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system on Russell W. Gray and J. Lane Crowder, Baker Donelson, Bearman, Caldwell, & Berkowitz, P.C. 6300 Chestnut Street, Suite 1900, Chattanooga, TN, rgray@bakerdonelson.com, lcrowder@bakerdonelson.com.

/s/ R. Scott Jackson, Jr.
R. Scott Jackson, Jr.